FILED
At Albuquerque NM

IN THE UNITED STATES DISTRICT COURT

MAR 1 0 2010

FOR THE DISTRICT OF NEW MEXICO

MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA, )
)
  Plaintiff, )        CRIMINAL NO. 10-614
)
)        18 U.S.C. § 1001:
vs. )        False Statement
)
PATRICK SANCHEZ, )
)
  Defendant. )

## I N D I C T M E N T

The Grand Jury charges:

On or about June 20, 2005, in Valencia County, in the District of New Mexico, the Defendant, **PATRICK SANCHEZ**, did knowingly and wilfully make a materially false, fictitious and fraudulent statement and representation in a matter within the jurisdiction of one or more agencies of the United States government, namely, the United States Postal Service and the United States Department of Labor, in that, while receiving worker's compensation payments by reason of alleged medical disability, he reported that he had not worked for any employer during the preceding fifteen months, when in truth and in fact, as he then and there well knew and believed, he had worked as an employee of the Belen Consolidated School District as an athletic coach in 2004 and 2005.

In violation of 18 U.S.C. § 1001.

A TRUE BILL:

___/s/_____
FOREPERSON OF THE GRAND JURY


_____
**Assistant United States Attorney**
_____ 03/03/10  11:56am